| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
DEC 0 2 2002
Michael N. Milby, Clerk of Court

Marchan §
§
versus § CIVIL ACTION H- 02-4167
§
Tagmex, Inc., et al. §
§

## Order Resetting Conference

1. The pretrial conference set __February 3, 2003__, has been reset to: __December 16__, 2002 at __3:00 p.m.__

2. Each party must send a copy of this order to every other party and affected non-party.

Signed on __December 2__, 2002, at Houston, Texas.

Lynn N. Hughes
United States District Judge

10

o.
updateddl.