VICENTE MARCHAN, *et al.*,          §
                                    §
                Plaintiffs,         §
                                    §
*versus*                            §          CIVIL ACTION H-02-4167
                                    §
                                    §
TAQMEX, INCORPORATED, *et al.*,     §          United States Courts
                                    §          Southern District of Texas
                                    §              ENTERED
                Defendants.         §          DEC 17 2002

                Order          Michael N. Milby, Clerk of Court

By December 20, 2002, these will be done:

1.  Taqmex will give Marchan the payroll history for the employees of both stores from July 1, 1999, to October 30, 2002.

2.  Taqmex will give Marchan an organizational chart for both stores, including titles and pay rates for each position.

3.  Vicente Marchan and Jose Luis Marchan will disclose to Taqmex their sources of income and other jobs they have had, including the phone number of other employers and the names of coworkers.

A pretrial conference is set for:          DK
                January 3, 2003
                9:00 a.m.
        Room 11122, Eleventh Floor
        United States Court House
            515 Rusk Avenue
        Houston, Texas 77002.

Signed December ___16___, 2002, at Houston, Texas.

                        Lynn N. Hughes
                        United States District Judge